Brian J. Hembd (SBN 029817)
bhembd@dickinsonwright.com
Turner S. Smith (SBN 038889)
tssmith@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004-4568
Phone: (602) 285-5000
Fax: (844) 670-6009
Firm Email: courtdocs@dickinsonwright.com
***Attorneys for Defendant Westlake***
***Services, LLC dba Westlake Financial***

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| WILLIAM J. BEDELL, an individual, | No. _____ |
| Plaintiff, | **DEFENDANT'S NOTICE OF REMOVAL** |
| v. | |
| ARIZONA PRE-OWNED AUTO SALES LLC, an Arizona limited liability company; WESTLAKE SERVICES LLC DBA WESTLAKE FINANCIAL, a California limited liability company, | |
| Defendants. | |

**TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE CLERK OF THE ABOVE-ENTITLED COURT:**

NOTICE IS HEREBY GIVEN that pursuant to 28 U.S.C. §§ 1331 and 1367, Defendant Westlake Services, LLC dba Westlake Financial ("Westlake"), hereby removes Case No. C20253221 from the Superior Court of the State of Arizona in

the County of Pima to this United States District Court, District of Arizona, based on federal question jurisdiction and supplemental jurisdiction.

## I.    STATE COURT ACTION

1.    On or about May 12, 2025, Plaintiff William J. Bedell ("Plaintiff") filed his Complaint, Case No. C20253221, in the Superior Court of State of Arizona in the County of Pima, against Westlake (the "Action").

2.    In the Action, Plaintiff alleges causes of action against Westlake for violation of the federal Magnuson-Moss Warranty Act, 15 U.S.C. §§ 2301-2312. *See* Compl., Ex. A.

3.    In the Action, Plaintiff also alleges several causes of action against Westlake for violation of state law.

## II.    FEDERAL QUESTION JURISDICTION

4.    Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over Plaintiff's claim brought under the Magnuson-Moss Warranty Act, as it arises under federal law. *See* Compl., Ex. A.

5.    Pursuant to 28 U.S.C. § 1367, this Court has original jurisdiction over Plaintiff's state law claims as they are so related to Plaintiff's claim brought under the Magnuson-Moss Warranty Act that they form part of the same case or controversy under Article III of the United States Constitution.

6.    Thus, pursuant to 28 U.S.C. §§ 1331(a) and 1367(a), the Action is removable.

## III.    REMOVAL IS TIMELY.

7.    Pursuant to 28 U.S.C. § 1446(b)(1), a defendant may remove a state court action to federal court within 30 days of receipt of "the initial pleading setting forth the claim for relief upon which such action or proceeding is based . . ."

8.    The Complaint was filed on or about May 12, 2025 and this removal is filed within 30 days.

9.     Accordingly, this Notice of Removal is timely under 28 U.S.C. § 1446(b) because it is filed within 30 days of Westlake even first possibly learning of the Complaint and Summons.

**IV.    VENUE IS PROPER.**

10.     Venue is proper pursuant to 28 U.S.C. §§ 1391, 1441(a) because this Court is the United States District Court for the district corresponding to the place where the Complaint alleges a substantial part of the events giving rise to Plaintiff's claim occurred, and the county where the Action was pending. By removing, Westlake does not waive any claim that this matter is subject to binding arbitration.

**V.    DEFENDANTS SATISFY THE REMAINING REQUIREMENTS FOR REMOVAL.**

11.     Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal, with its attachments, is being promptly served on all parties to this lawsuit, and Westlake will promptly file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of Arizona in the County of Pima.

12.     As required by 28 U.S.C. § 1446(a), all copies of all process, pleadings, and orders in the possession of Westlake in the Action are attached hereto as **Exhibit A**.

WHEREFORE, Westlake hereby removes the Action to the United States District Court for the District of Arizona.

1    DATED this 5th day of June, 2025.

2

3                              Respectfully submitted,

4                              **DICKINSON WRIGHT PLLC**

5
                              */s/ Brian J. Hembd*
6                              Brian J. Hembd
7                              Turner S. Smith
                              1850 N. Central Avenue, Suite 1400
8                              Phoenix, Arizona 85004

9
                              *Attorneys for Defendant*
10                             Westlake Services, LLC dba Westlake
11                             Financial

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>CERTIFICATE OF SERVICE</u>

2

3          I hereby certify that on June 5, 2025, I electronically transmitted the foregoing

4     document with the Clerk of the Court using the CM/ECF System which will provide

5     electronic mail notice to all counsel of record. I further certify that I have served via
      Email and First-Class Mail the foregoing documents to the following:

6          Christine Anderson Ferraris
           333 N. Wilmot, Ste. 340
7          Tucson, AZ, 85711
           cferraris@aferrarislaw.com
8          *Counsel for Plaintiff*

9

10                                    */s/ Susan Thomas*
                                      Susan Thomas
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28